Rodney V. Turner

V

Tennessee Dept. of Corrections (Northwest Correctional Complex)

**MARK S. NORRIS**

Rodney V. Turner

V

Tennessee Dept. of Corrections (Northwest Correctional Complex)

**TU M. PHAM**